UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| In re:<br><br>LEON FRANCIS HALL,<br><br>DEBTOR. | Case No.: 14-21588-11 DLS |
|---|---|

## NOTICE OF PROOF OF SERVICE

TO THE DISTRICT COURT IN THE ABOVE CAPTIONED CASE:

PLEASE TAKE NOTICE that all interested parties to the above captioned matter have been served a copy of the *Motion to Sell Substantially All Assets and to Assign Certain Contracts by Private Sale Pursuant to 11U.S.C. §§ 363, 365* and the *Notice of Objection Deadline*. The USPS Certified Mail Return Receipt Signature Cards are attached hereto as proof of service.

*/s/ Margaret R. Spangler*
MARGARET R. SPANGLER
Assistant to David P. Eron

1

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ 7.82 | 3/6/15 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | Re Hall Motion to Sell |

**Sent To:** Officer of AgStar Financial Services, ACA
**Street, Apt. No.; or PO Box No.:** 1921 Premier Drive, PO Box 4249
**City, State, ZIP+4:** Mankato, MN 56001

7011 0110 0002 1428 2477

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Officer of
AgStar Financial Services, ACA
1921 Premier Drive
P.O. Box 4249
Mankato, MN 56001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _[signature]_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): _[name]_
C. Date of Delivery: 3-9-15
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

**3. Service Type**
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**2. Article Number** (Transfer from service label): 7011 0110 0002 1428 2477

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ 7.82 | 3/6/15 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | re Hall motion to Sell |

Sent To: DIVERSIFIED FINANCIAL SERVICES
Street, Apt. No.; or PO Box No.: 14010 FNB Pkwy Suite 400
City, State, ZIP+4: OMAHA, NE 68154-5232

7014 0510 0000 0067 2522

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DIVERSIFIED FINANCIAL SERVICES
14010 FNB Pkwy Suite 400
OMAHA, NE 68154-5232

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7014 0510 0000 0067 2522

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ 7.82 | 3/6/15 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | re Hull Motion to Sell |

Sent To: OFFICER OF FARMERS BANK AND TRUST
Street, Apt. No.; or PO Box No.: 1612 MAIN ST
City, State, ZIP+4: GREAT BEND, KS 67530

Article Number: 7014 0510 0000 0067 2546

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Michell Kil
☐ Agent
☐ Addressee

B. Received by (Printed Name): Michele Kil
C. Date of Delivery: 3.8.5

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

OFFICER OF
FARMERS BANK AND TRUST, N.A.
1612 MAIN ST.
GREAT BEND, KS 67530

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt ~~for Merchandise~~
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7014 0510 0000 0067 2546

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ 7.82 | 3/6/15 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | re Hall Motion to Sell |
| Total Postage & Fees | $ | |

Sent To: OFFICER OF AMERICAN STATE BANK & TRUST CO., N.A.
Street, Apt. No.; or PO Box No.: 1321 MAIN STREET
City, State, ZIP+4: GREAT BEND, KS 67530

7014 0510 0000 0067 2348

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *[signature]* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Amy Jo Herrera   C. Date of Delivery: 3/9/15

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

OFFICER OF
AMERICAN STATE BANK & TRUST CO., N.A.
1321 MAIN STREET
GREAT BEND, KS 67530

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7014 0510 0000 0067 2348

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

## Product & Tracking Information

**Postal Product:**            **Extra Svc:**
                               Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 9, 2015, 4:06 pm | Delivered | GREAT BEND, KS 67530 |

Your item was delivered at 4:06 pm on March 9, 2015 in GREAT BEND, KS 67530

| March 7, 2015, 11:06 pm | Departed USPS Facility | WICHITA, KS 67276 |
| March 6, 2015, 10:24 pm | Arrived at USPS Facility | WICHITA, KS 67276 |

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 7.82 | 3/6/15 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

re Hall
motion to sell

Sent To: LEA HALL
Street, Apt. No.; or PO Box No.: 4100 SANDPIPER LANE
City, State, ZIP+4: GREAT BEND, KS 67530

PS Form 3800, August 2006    See Reverse for Instructions

7014 0510 0000 0067 2539

## Track Another Package

Tracking (or receipt) number

[                                    ] Track It

**HELPFUL LINKS**         **ON ABOUT.USPS.COM**       **OTHER USPS SITES**          **LEGAL INFORMATION**
Contact Us                About USPS Home             Business Customer Gateway     Privacy Policy
Site Index                Newsroom                    Postal Inspectors             Terms of Use
FAQs                      USPS Service Updates        Inspector General             FOIA
                          Forms & Publications        Postal Explorer               No FEAR Act EEO Data
                          Government Services         National Postal Museum
                          Careers                     Resources for Developers

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number